UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)
Plaintiff,)
)
v. )  ORDER OF DETENTION AFTER HEARING
)  (18 U.S.C. § 3142(i))
Nnakiri Andre Ifeloto )
)
)
Defendant.)

I.

A. (X) On motion of the Government involving an alleged

1. (X) crime of violence;

2. ( ) offense with maximum sentence of life imprisonment or death;

3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

B.  On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1.  ( ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a.  ( ) obstruct or attempt to obstruct justice;

        b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  ( ) appearance of defendant as required;

    and/or

B.  (X) safety of any person or the community;

## III.

The Court has considered:

A.  (X) the nature and circumstances of the offense;

B.  (X) the weight of evidence against the defendant;

C.  (X) the history and characteristics of the defendant;

D.  (X) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  (X) Defendant poses a risk to the safety of other persons or the community because: (a) admitted participation in at least 1 takeover b[ank robbery]
(b) Photos of ∆ in two bk takeover robbery
(c) Long, repetative history of police contact
(d) absolutely clear if not lock up danger

CR-94

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | B. ( ) History and characteristics indicate a serious |
| 4 | risk that defendant will flee because: _____ |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | C. ( ) A serious risk exists that defendant will: |
| 10 | 1. ( ) obstruct or attempt to obstruct justice; |
| 11 | 2. ( ) threaten, injure or intimidate a |
| 12 | witness/juror; |
| 13 | 3. ( ) attempt to threaten, injure or intimi- |
| 14 | date a witness/juror; |
| 15 | Because: _____ |

    B.  ( ) History and characteristics indicate a serious risk that defendant will flee because: _____

    C.  ( ) A serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror;
3. ( ) attempt to threaten, injure or intimidate a witness/juror;

Because: _____

    D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that defendant be afforded reason- |
| 2 | able opportunity for private consultation with his counsel. |

DATED: 10/21/94

_____
U. S. MAGISTRATE/DISTRICT JUDGE